DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 232PA13 | State v. Bruce Tyler Murchison | Def's Motion for Clarification | Denied **10/14/2013** |
|---|---|---|---|
| 241P13 | State v. Anthony Coleman | 1. State's Motion for Temporary Stay (COA12-946) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/10/2013** <br><br> 2. <br><br> 3. |
| 252A95-2 | State v. Carl Lorice Brewton | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Buncombe County <br><br> 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* <br><br> 3. Def's *Pro Se* Motion for Judicial Notice and Proclamation | 1. Denied <br><br><br> 2. Allowed <br><br> 3. Dismissed |
| 252P13 | In the Matter of: Suttles Surveying, P.A. License No. C-0648 (North Carolina Board of Examiners for Engineers and Surveyors Case No. V2009-027) <br><br> In the Matter of: Kenneth D. Suttles, PLS License No. L-2678 (North Carolina Board of Examiners for Engineers and Surveyors Case No. V2009-064) | 1. Petitioners' NOA Based Upon a Constitutional Question (COA12-1350) <br><br> 2. Petitioners' PDR Under N.C.G.S. § 7A-31 <br><br> 3. Respondent's Motion to Dismiss Appeal | 1. - - - <br><br> 2. Allowed <br><br> 3. Allowed |
| 253P13 | State v. Latius Tirrell Brown | Def's PDR Under N.C.G.S. § 7A-31 (COA12-952) | Denied |
| 261P13 | State v. Gene Allen Hodges, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-915) | Denied |
| 267P13 | State v. Mario Bell | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1514) | Denied |
| 268P13 | State v. Edward Joseph Gardner, IV | Def's PDR Under N.C.G.S. § 7A-31 (COA12-969) | Denied |